UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WOLF HALDENSTEIN ADLER FREEMAN & HERZ L.L.P.,

                    Plaintiff,

-against-

GRANT & EISENHOFFER P.A.,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/13

13 Civ. 0787 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

      Plaintiff, WOLF HALDERNSTEIN ADLER FREEMAN & HERZ L.L.P., brings this action invoking subject matter jurisdiction by reason of diversity of citizenship, 28 U.S.C. § 1332. If WOLF HALDERNSTEIN ADLER FREEMAN & HERZ L.L.P. is, indeed, a limited liability partnership, as its name would imply, then the complaint must allege the citizenship of each of its general and limited partners for the purposes of diversity jurisdiction. By **July 19, 2013**, plaintiff shall amend its pleading to allege the citizenship of each of its general and limited partners. See Handelsman v. Bedford Village Associates Ltd. Partnership, 213 F.3d 48, 51-53 (2d Cir. 2000), citing Cosgrove v. Bartolotta, 150 F.3d 729, 731 (7th Cir. 1998); Monitronics Funding LP v. Pinnacle Security, LLC, 12 Civ. 1992, 2012 WL 967623 at *1 (March 21, 2012) ("A limited liability partnership has the citizenship of each of its general and limited partners for the purposes of diversity jurisdiction."). If plaintiff fails to amend by the foregoing date to truthfully allege complete diversity based upon the citizenship of each general and limited partner of the LLP, then the complaint will be dismissed for lack of subject matter jurisdiction.

      SO ORDERED.

Dated: July 11, 2013
       New York, New York

                                      ANALISA TORRES
                                  United States District Judge