**MEMO ENDORSED**

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/13

NATAN HAMERMAN
ASSOCIATE
PHONE 212-715-7756
FAX 212-715-8000
NHAMERMAN@KRAMERLEVIN.COM

August 23, 2013

By E-Mail (Torres_NYSDChambers@nysd.courts.gov)

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The motion schedule set by the Court in the July 31, 2013 order is adjourned *sine die*. The parties are directed to file a joint letter with a status update regarding mediation and, if applicable, a proposed motion schedule.
SO ORDERED.

_____
ANALISA TORRES
United States District Judge
Dated: August 26, 2013
       New York, New York

Re: **Scheduling Request in Wolf Haldenstein Adler Freeman & Herz LLP v. Grant & Eisenhofer P.A., No. 13 Civ. 0787 (AT)**

Dear Judge Torres:

We represent defendant Grant & Eisenhofer P.A. ("G&E") in the above-referenced matter. We write jointly with plaintiff *pro se* Wolf Haldenstein Adler Freeman & Herz LLP ("WHAFH") to respectfully request that the Court adjourn the briefing of G&E's motion to dismiss this action in light of our upcoming mediation with Magistrate Judge James C. Francis, which is scheduled to take place on September 25, 2013.

At the July 23, 2013 status conference, Your Honor referred the case to Magistrate Judge Francis for mediation with the parties' consent. The Court also permitted G&E to file a motion to dismiss the complaint, and set a briefing schedule for that motion. Shortly after the conference, the parties agreed that, given the parties' progress in their own settlement discussions, it would be beneficial to delay the briefing of the motion until after the mediation to preserve both the Court's and the parties' resources. Accordingly, the parties jointly requested an adjournment of the motion's briefing schedule, which Your Honor granted on July 31, 2013 – extending the due date for G&E's moving papers to August 30, 2013. However, due to a number of scheduling conflicts for both parties as well as for Magistrate Judge Francis, the earliest the mediation could be held is September 25, 2013. In light of the mediation schedule, both parties respectfully request that the Court further extend the due date of G&E's initial papers on its motion to dismiss through October 7, 2013.

Respectfully submitted,

*Natan Hamerman*
Natan Hamerman

cc (by e-mail only): Daniel Tepper, Esq.