**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
FOUNDED 1888
270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600

750 B STREET - SUITE 2770
SAN DIEGO, CA 92101

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 WEST MONROE STREET, SUITE 1111
CHICAGO, IL 60603

DANIEL TEPPER
DIRECT DIAL: (212) 545-4683
FACSIMILE: (212) 686-0114
tepper@whafh.com

November 15, 2013

**By ECF and E-Mail (Torres_NYSDChambers@nysd.uscourts.gov)**

The Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    **Wolf Haldenstein Adler Freeman & Herz LLP v. Grant & Eisenhofer P.A.
            No. 13 Civ. 0787 (AT)**

Dear Judge Torres:

    Wolf Haldenstein Adler Freeman & Herz LLP is plaintiff *pro se* in the above-referenced action. We write jointly with counsel to defendant Grant & Eisenhofer P.A., as directed in the Court's order dated August 26, 2013 (Docket No. 15), to advise the Court that a mediation session was held before Magistrate Judge James C. Francis on November 13th and that a second mediation session before Judge Francis is scheduled to be held December 2nd.

    Accordingly, we request that the motion schedule for defendant's contemplated motion to dismiss continue to be adjourned without date as set forth in the Court's order dated August 26, 2013. The parties will undertake to jointly advise the Court about the status of the mediation following the next session, and, if applicable, will propose a motion schedule at that time.

Respectfully submitted,

/s/ Daniel Tepper
Daniel Tepper

cc by e-mail only:    Barry Berke, Esq.
                          Natan Hamerman, Esq.

733685